Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Jacksonville Division

Provided to Suwannee
Correctional Institution on:

OCT 17 2022

RH for mailing, by CMC

Case No.

RICHARD HARRIS

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Class. Sup. M. Glass

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

*(to be filled in by the Clerk's Office)*

3:22-CV-1122-HLA-PDB

2022 OCT 20  PM 2:27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RICHARD HARRIS |
| All other names by which you have been known: | |
| ID Number | L24755 |
| Current Institution | Suwannee C.I. Annex |
| Address | 5964 U.S. Highway 90 |
| | Live Oak          Fla          32060 |
| | *City*          *State*          *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | M. GLASS |
| Job or Title *(if known)* | Classification Supervisor |
| Shield Number | |
| Employer | Florida Department of Corrections |
| Address | 5964 U.S. Highway 90 |
| | Live Oak          Fla          32060 |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff's Right to Due Process per the 5th Amendment and amendment14 §1 are being violated, as well as his equal protection right, and his 1st amendment right.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendant's actions took place in her official capacity as a Florida Department of Corrections employee, placing her under color of state law.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

This events arose at Suwannee C.I. Annex, between the dates of November 2021, until the present.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

In November 2021, after establishing with my classification off-
icer that Im a pro-se litigant, plaintiff wrote a request to class-
ification, requesting the names of two "Doe" defendants and my —

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

On 2/28/22, plaintiff wrote a grievance and provided a actual copy of
a summons filed in a previous lawsuit against F.D.O.C. staff, showing
the full name is needed; as well as provided the Florida Statue (pages 2
& 3 of exhibit A) which dictates plaintiff has a right to requested infor-
mation to no avail. Plaintiff's pursuit of needed information to —

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

N/A

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

1. A preliminary and permanent injunction ordering defendant Glass to stop vio-
lating plaintiff's 5th and 14th amendment rights to due process by denying him
information needed for him to process an application or claim with a Fed-
eral institution. To stop violating plaintiff's 1st amendment right to speak
freely and petition the Government for redress of grievance without prohibition,
by using her position of authority to retaliate on him for bringing claims—

IV. STATEMENT OF CLAIM

C.

request was not even processed. I then wrote a request on January 21, 2022 (see page 1 of exhibit A) requesting the name of staff members at Suwannee C.I. Annex, and classification supervisor M. Glass answered my request. Since then she has purposely committing unconstitutional actions against plaintiff in retaliation for him bringing claims against F.D.O.C. staff.

D.

complete claims with the Court, led to him being physically assaulted by two F.D.O.C. correctional officers on May 12th, 2022. Which resulted to plaintiff filing civil case No. 3:22-CV-667-BJD-LLL.

For completetion of amended complaints in case No. 3:22-CV-667-BJD-LLL; 2:21-CV-646-SPC-NPM; and                    plaintiff needs names of "Doe" defendants and copies of previously filed grievances; which per F.D.O.C. policy, if for litigation purposes classification records are to provide them to an inmate upon request and charge the inmate for them.

On September 22, 2022; plaintiff personally gave classification records officer Ms. Tanner, and his classification officer B. Sword a request for names of defendants, and copies of previously filed grievances (see exhibit B) along with a Court Order declaring a October 12th, 2022 deadline to file another amended complaint. Defendant Glass entered Ms. Tanner's office; and after reading the Court Order in which reveals plaintiff's claims against her, defendant Glass told plaintiff," get the f***k out. If the Court wants information from us, they can have their lawyers to get it, and you can tell them I said it."

Provided in exhibit B is a copy of a medical report from June 7, 2022, from plaintiffs medical file, given to plaintiff by medical records, for litigation purposes. You can clearly see the full name of F.D.O.C. employee Jason Howell is given. Defendant M. Glass's actions are retaliation and or reprisals against plaintiff for bringing claims against F.D.O.C. staff.

## VI. RELIEF

against F.D.O.C. staff. And also to stop violating plaintiff's right to equal protection by abusing her position, and treating plaintiff in a inhumane manner than any other inmate.

2. A declaration that the acts and ommissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

3. Compensatory damages in the amount of $25,000.

4. Punitive damages in the amount of $25,000.

5. A jury trial on all issues triable by jury.

6. Plaintiff's cost in this suit.

7. Any additional relief this court deems just, proper, and equitable.

## VERIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and the complaint otherwise complies with the requirements of Rule 11, to the best of my knowledge. On this 17th day of October 2022.

RICHARD HARRIS #L24755
Suwannee C.I. Annex
5964 U.S. Highway 90
Live Oak, Fl. 32060

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Suwannee C.I. Annex

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
All of them. 1st, 5th and 14th amendment right violations.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

At Suwannee C.I, Annex

2.   What did you claim in your grievance?

That the actions of defendant M. Glass; denying me access to information for personal reason, when she's aware I'm pro-se in litigation, and the requested information is for litigation; violates my United States Constitutional Rights.

3.   What was the result, if any?

It was returned without action.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes. I appealed grievance #231-2205-0013 to the Warden of Suwannee C.I. Annex; and the to the Secretary of F.D.O.C.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

The grievance and inmate request process at Suwanne C.I. Annex are manipulated by staff in ways to hinder an inmates exhaustion of remedies.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

On May 12th, 2022; plaintiff was assaulted and threatened with having a walking cane shoved up his anus; which was the actions from previous verbal threats, to him making claims against staff. Plaintiff fears more reprisals.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    RICHARD HARRIS

Defendant(s)    RICKY DIXON, ET AL.,

2.  Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court, Middle District of Florida, Jacksonville Div.

3.  Docket or index number

3:22-CV-667-BJD-LLL

4.  Name of Judge assigned to your case

Laura Lambert

5.  Approximate date of filing lawsuit

June 10th, 2022

6.  Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still pending

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   RICHARD HARRIS

Defendant(s)   JAMES COTTE, GILBERT NCE, JOHN DOE

2.   Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court, Middle District of Florida, Ft. Myers, Div.

3.   Docket or index number

2:21-CV-646-M9SPC-NPM

4.   Name of Judge assigned to your case

Nicholas Mizell

5.   Approximate date of filing lawsuit

August 30th, 2021

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/17/22

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | RICHARD HARRIS |
| Prison Identification # | L24755 |
| Prison Address | 5964 U.S. Highway 90 |
| | Live Oak        Fla.        32060 |
| | *City*        *State*        *Zip Code* |

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*        *State*        *Zip Code* |
| Telephone Number | |
| E-mail Address | |